
CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAY 3 0 2019

JULIA C. DUDLEY, CLERK
BY: /s/ K. Dotson
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CASEY JAMES HARVEY | Criminal No.: 5:19CR00018<br><br>In Violation of:<br>21 U.S.C. § 846<br>21 U.S.C. § 841(b)(1)(A) |

## INFORMATION

The United States charges that:

### Count 1

1. Beginning in or about December 2017 and continuing to in or about August 2018 in the Western District of Virginia and elsewhere, the defendant, CASEY JAMES HARVEY, knowingly and intentionally conspired with other persons known and unknown, to distribute five hundred (500) grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

2. All in violation of Title 21, United States Code, Section 846.

### Count 2

3. In or about June 2018, in the Western District of Virginia, the defendant, CASEY JAMES HARVEY, knowingly and intentionally possessed with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

4. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

USAO # 2019R00330

## Notice of Forfeiture

5. Upon conviction of one or more of the felony offenses alleged in Counts One and Two this Information defendant shall forfeit to the United States:

    a. any property constituting or derived from any proceeds obtained directly or indirectly as a result of said offenses pursuant to Title 21, United States Code, Section 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to Title 21 United States Code, Section 853(a)(2).

6. The property to be forfeited includes, but is not limited to, the following:

    a. $1,340, in U.S. currency.

7. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

*[signature]* For

THOMAS T. CULLEN
UNITED STATES ATTORNEY

*USAO # 2019R00330*

2